# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| CHRISTINE RABBANI, | : | |
| Plaintiff, | : | Case No. 3:05CV192 |
| vs. | : | District Judge Thomas M. Rose<br>Magistrate Judge Sharon L. Ovington |
| JO ANNE B. BARNHART,[1]<br>Commissioner of the Social<br>Security Administration, | : | |
| | : | |
| Defendant. | : | |

## ORDER

The Court has conducted a de novo review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #16), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.  It is therefore **ORDERED** that:

1. The Report and Recommendations filed on December 14, 2007 (Doc. #16) is ADOPTED;

2. Plaintiff's Amended Motion for Attorney Fees (Doc. # 14) is DENIED; and

3. The case remains terminated on the docket of this Court.

January 3, 2008            **s/THOMAS M. ROSE**

                                        Thomas M. Rose
                                        United States District Judge

---

[1] The proper-party defendant is Michael J. Astrue, the present Commissioner of the Social Security Administration.  For docketing continuity, the caption of this case remains the same.